THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Anthony Woods, Appellant.
 
 
 

Appeal From Clarendon County
 Howard P. King, Circuit Court Judge
Unpublished Opinion No. 2008-UP-536
Submitted September 2, 2008  Filed September 16, 2008    

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster; Chief Deputy
 Attorney General John W. McIntosh; Assistant Deputy Attorney General Salley W.
 Elliott;  all of Columbia, and Solicitor C. Kelly Jackson, of Sumter; for
 Respondent.
 
 
 

PER
 CURIAM:  Anthony Woods was convicted of (1) burglary in the first degree,
 (2) assault and battery with the intent to kill, and (3) criminal sexual
 conduct in the first degree.  He received consecutive sentences of life in
 prison, twenty-years, and thirty-years, respectively.  Woods appeals his
 convictions, arguing the trial court erred by failing to suppress physical
 evidence sized from his residence.  In his pro se brief, Woods also argues the
 trial court erred by denying defense counsels motion for a mistrial.  After a
 thorough review of the record, counsels brief, and Woods pro se brief, pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Woods appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
ANDERSON, WILLIAMS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.